No. 87–256. CHRISTENSEN ET AL. *v.* KIEWIT-MURDOCK INVESTMENT CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–261. PACIFIC GAS & ELECTRIC CO. *v.* TELLEZ. C. A. 9th Cir. Motion of California Employment Law Council et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 87–284. TEXAS *v.* BROADWAY. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–5409. MARTIN *v.* PENNSYLVANIA STATE REAL ESTATE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

OCTOBER 14, 1987

No. A–288. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. *v.* DAUGHERTY. Application of the Attorney General of Florida for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

OCTOBER 19, 1987

No. 87–307. KONDOR *v.* PENNSYLVANIA. Appeal from Super. Ct. Pa. dismissed for want of substantial federal question.